**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

ENOT MEDINA,

      Plaintiff,

v.                                   Case No. 8:25-cv-2089-KKM-CPT

FRANK BISIGNANO,
Commissioner of Social Security,

      Defendant.

_____

## **ORDER**

The Commissioner of Social Security moves unopposed for entry of judgment with remand under sentence four of 42 U.S.C. § 405(g). (Doc. 20); *see Shalala v. Schaefer*, 509 U.S. 292, 296–302 (1993). The Commissioner's motion is **GRANTED**.

Accordingly, the following is **ORDERED**:

1. The Commissioner's decision is **REVERSED**, and this case is **REMANDED** for further proceedings under sentence four of 42 U.S.C. § 405(g).

2. The Plaintiff's Brief in Opposition (Doc. 17) is **DENIED** as moot.

3. The Clerk is directed to enter **JUDGMENT**, which shall read, "The Commissioner's decision is reversed and this case is

remanded for further proceedings."

4.  The clerk is directed to **CLOSE** this case.

**ORDERED** in Tampa, Florida, on February 23, 2026.

Kathryn Kimball Mizelle
United States District Judge